SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

SCOTT J. HYMAN (SBN 148709)
sjh@severson.com
ALISA A. GIVENTAL (SBN 273551)
aag@severson.com
**SEVERSON & WERSON, P.C.**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone:  (415) 398-3344
Facsimile:   (415) 956-0439

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CRETER, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No.: 5:13-cv-01498-PSG <br><br> STIPULATED REQUEST FOR DISMISSAL |

STIPULATED REQUEST FOR DISMISSAL - 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the above captioned case is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   June 6, 2013                    /s/ *Jarrett S. Osborne-Revis*
                                         Scott J. Sagaria
                                         Elliot W. Gale
                                         Jarrett S. Osborne-Revis
                                         **Sagaria Law, P.C.**
                                         Attorneys for Plaintiff


Dated: June 6, 2013                      /s/ _Alisa A. Givental_____
                                         Scott J. Hyman
                                         Alisa A. Givental
                                         **Severson & Werson, P.C.**
                                         Attorneys for Defendant


**[PROPOSED] ORDER**

IT IS SO ORDERED.


DATED:_____                   _____
                                         UNITED STATES MAGISTRATE JUDGE